IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVDAS JAISWAL, | ) | 8:06CV720 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DIRECTOR FBI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on its own motion. Defendant Director of the FBI timely filed a motion to dismiss Plaintiff's complaint against it pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Filing No. 14.) Plaintiff has not filed a response.

IT IS THEREFORE ORDERED that:

1. Plaintiff is given until October 29, 2007 to file his response to the motion to dismiss filed by defendant United States of America. In the absence of a response, the court will rule on Defendant's motion to dismiss without further notice.

2. The Clerk of the court is directed to set a pro se case management deadline in this case using the following text: October 29, 2007: Plaintiff's deadline for filing a response to Defendant's motion to dismiss.

September 27, 2007.	BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge