IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DEVDAS JAISWAL, | ) | 8:06CV720 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DIRECTOR FBI, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on Plaintiff's motion to voluntarily dismiss. (Filing No. 21.) Although Plaintiff's motion is not precise, the court construes Plaintiff's request as a motion to voluntarily dismiss his claims due to the death of his son. (*Id.*) The motion is granted pursuant to Federal Rule of Civil Procedure 41 and Plaintiff's complaint and this action are dismissed without prejudice.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion to Voluntarily Dismiss (Filing No. 21) is granted. Plaintiff's complaint and this action are dismissed without prejudice.

2. A separate judgment will be entered in accordance with this memorandum and order.

November 15, 2007.  BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge